UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

April Gambino

                                 **Plaintiff**

 -against-

Commercial Recovery Systems, Inc.
and "Mr. Lee"
                                **Defendant**
_____X

Docket No. 14- CV - 2510

## NOTICE OF DISMISSAL

       Pursuant to F.R.C.P. 41of the Federal Rules of Civil Procedure, the plaintiff, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants.


S/ JOSEPH MAURO                     8-5-2014
Joseph Mauro, Esq.                   Date
Attorney for Plaintiff